IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLENN R. WAITE, | )<br>) |
| Plaintiff, | )   4:94CV365<br>) |
| v. | )<br>) |
| JAMES A. SNOWDEN, | )   **ORDER**<br>) |
| Defendant. | ) |

This matter is before the court upon Plaintiff's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) (filing 62), as well as Defendant's motion for sanctions and substitution of counsel (filing 66).

Having considered the matter, I will deny the Rule 60(b) motion, deny the request for sanctions, and grant the motion as to substitution of counsel.

IT IS ORDERED:

1.   Plaintiff's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) (filing 62) is denied;

2.   The motion in filing 66 is denied insofar as it seeks sanctions and granted insofar as it seeks substitution of counsel; and

3.   The Clerk of the Court is directed to substitute James A. Snowden and the law firm of Wolfe, Snowden, Hurd, Luers & Ahl, LLP, as counsel of record for Defendant.

April 8, 2008.                    BY THE COURT:
                                  *s/Richard G. Kopf*
                                  United States District Judge